UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIVANNE CORTES-GOOLCHARRAN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROSICKI, ROSICKI & ASSOCIATES, P.C., and FAY SERVICING, LLC,<br><br>　　　　　　　Defendants. | Civil Action No.:  17-CV-3976<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned will now appear for Queens Legal Services as counsel for Plaintiff Shivanne Cortes-Goolcharran in the above-captioned action.

DATED:　　Jamaica, New York
　　　　　　August 1, 2018

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Anne B. Stephenson
　　　　　　　　　　　　　　　　　　　　Anne B. Stephenson, Esq.
　　　　　　　　　　　　　　　　　　　　Queens Legal Services
　　　　　　　　　　　　　　　　　　　　89-00 Sutphin Blvd., 5th Floor
　　　　　　　　　　　　　　　　　　　　Jamaica, New York 11435
　　　　　　　　　　　　　　　　　　　　347-592-2200
　　　　　　　　　　　　　　　　　　　　astephenson@lsnyc.org
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　*Shivanne Cortes-Goolcharran*

To:　　All counsel of record (via ECF)