

**VIA ECF**

August 21, 2018

The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Cortes-Goolcharran v. Rosicki, Rosicki & Assocs., P.C. et ano.*, 17-CV-3976 (FB)(SJB)

Dear Judge Block:

      This office represents plaintiff Shivanne Cortes-Goolcharran in the above-referenced action brought under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (FDCPA). I write respectfully to request permission to withdraw as counsel for Plaintiff in the action, as I will no longer be working at Queens Legal Services. My colleague at Queens Legal Services, Anne Stephenson, has already noticed her appearance as counsel for Plaintiff, and will ably represent Ms. Cortes-Goolcharran in this action. I appreciate the Court's consideration of this request.

                                                    Respectfully submitted,

                                                    Sara Manaugh

CC:   All counsel of record (via ECF)

89-00 Sutphin Boulevard, 5th Floor | Jamaica, NY 11435
Tel. 347-592-2200 | www.legalservicesnyc.org

